Derek **CURTIS**, Plaintiff–Appellant,

v.

Kenneth T. **CUCCINELLI**, II, Attorney General; Paul Ebert, Esquire, Commonwealth Attorney; Jeanice Weithop, Esq. Asst. Commonwealth Attorney; Angela Horan, County Attorney; Colonel Meletus, Superintendent; Cheryl Ann Walton, CAC; Captain George Hurlock, Director of Security; Charlie Dean, Chief of Police; Heather Darling, Detective; Sergeant Brewer, Deputy Sheriff; Officer Peacemaker, Deputy Sheriff; Carolyn Oliver, Social Worker II; Sergeant Laurel Whitaker, Supervisor, Defendants–Appellees,

and

Cheryl Walton, Attorney; Unknown Correctional Officer, Prince William County Regional Adult Detention Center; Brant, Correctional Officer; Ted Bodie, Attorney, Defendants.

No. 13–6437.

United States Court of Appeals, Fourth Circuit.

Submitted: July 18, 2013.

Decided: July 23, 2013.

Derek Curtis, Appellant Pro Se.

Before WILKINSON, MOTZ, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Derek Curtis appeals the district court's order dismissing his 42 U.S.C. § 1983 (2006) complaint under 28 U.S.C. § 1915A(b) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Curtis v. Cuccinelli*, No. 1:12–cv–00296–CMH–IDD, 2013 WL 653287 (E.D.Va. filed Feb. 19 & entered Feb. 21, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the

materials before this court and argument would not aid the decisional process.

*AFFIRMED.*